Timothy J. Forwood, WSB #6-4120
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
timothy.forwood@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 JUL 30  PM 3: 36

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA WALSH, a/k/a Melissa Peralez,<br><br>Defendant. | Case No. 21-MJ-44-F |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**
   **Serious risk obstruction of justice**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Defendant's appearance as required**
   **Safety of any other person and the community**

3. Rebuttable Presumption. The United States will not invoke the rebuttable presumption against the Defendant under § 3142(e).

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 28th day of July, 2021.

                                     L. ROBERT MURRAY
                                     Acting United States Attorney

By: _____
        TIMOTHY J. FORWOOD
        Assistant United States Attorney